**FILED**
April 23, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY:_____AD_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO.  **W24-643M** |
| ) | |
| v. ) | **INFORMATION** |
| ) | [Count One: 18 U.S.C. §§ 7(3) & 13 and |
| CALEB ISAAC LEE DUGAS, ) | T.P.C. § 49.04(a) – Driving While |
| ) | Intoxicated] |
| Defendant. ) | |

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
[18 U.S.C. §§ 7(3) & 13 and T.P.C. § 49.04(a)]

On or about October 3, 2023, at the Fort Cavazos Military Reservation, Waco Division, Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, the Defendant,

CALEB ISAAC LEE DUGAS

did operate a motor vehicle in a public place while intoxicated, in violation of Title 18, United States Code, Sections 7(3) & 13 and Texas Penal Code, Section 49.04(a).


JAIME E. ESPARZA
United States Attorney


By:_*Prerna Gupta*_____
PRERNA GUPTA
Special Assistant U. S. Attorney